No. 87–1536.  SUGGS ET UX. *v.* STATE FARM FIRE & CASUALTY CO. ET AL.  C. A. 10th Cir.  Certiorari denied. ▮

No. 87–1545.  CLEU *v.* O'CONNOR HOSPITAL, INC., ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 87–1549.  JOINT BOARD OF CONTROL OF THE FLATHEAD, MISSION, AND JOCKO IRRIGATION DISTRICTS *v.* CONFEDERATED SALISH AND KOOTENAI TRIBES OF THE FLATHEAD RESERVATION.  C. A. 9th Cir.  Certiorari denied. ▮

No. 87–1550.  DERR ET AL. *v.* KAWASAKI KISEN K.K. ET AL.  C. A. 3d Cir.  Certiorari denied. ▮

No. 87–1552.  STEFANOU *v.* NORTH RIVER INSURANCE CO., INC.  C. A. 4th Cir.  Certiorari denied. ▮

No. 87–1557.  1000 FRIENDS OF OREGON ET AL. *v.* WASCO COUNTY COURT ET AL.  Sup. Ct. Ore.  Certiorari denied. ▮

No. 87–1559.  ROSE *v.* FULTZ.  C. A. 9th Cir.  Certiorari denied. ▮

No. 87–1561.  REED, DISTRICT ATTORNEY, WASHINGTON PARISH, LOUISIANA *v.* SMITH.  C. A. 5th Cir.  Certiorari denied.

No. 87–1562.  O'KEEFE *v.* BOARD OF FIRE AND POLICE COMMISSIONERS OF THE VILLAGE OF FLOSSMOOR, ILLINOIS, ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied. ▮

No. 87–1563.  MATT *v.* LAROCCA, COMMISSIONER, NEW YORK STATE DEPARTMENT OF TRANSPORTATION.  Ct. App. N. Y.  Certiorari denied. ▮

No. 87–1568.  ALLEN TRANSFORMER CO. *v.* RAGLAND, COMMISSIONER OF REVENUES OF ARKANSAS.  Sup. Ct. Ark.  Certiorari denied. ▮

No. 87–1574.  LUHR BROS., INC. *v.* DALE.  App. Ct. Ill., 5th Dist.  Certiorari denied. ▮